FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

99 MAR 17 PH 3: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

MAR 17 1999

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 98-H-3058-NE |
| | ) | |
| TRACY COOPER and DONNA COOPER, | ) | |
| | ) | |
| Defendants. | ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Tracy Cooper, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.   The Summons and Complaint were served upon Defendant, Tracy Cooper, on December 16, 1998; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant, Tracy Cooper, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.   Defendant, Tracy Cooper, is indebted to Plaintiff in the principal sum of $1,998.87, U.S. Marshal costs of $89.75, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $507.87 as of February 23, 1999, plus interest at the prevailing legal rate from the date of judgment.

4.   Plaintiff is due to recover from Defendant the total sum of $2,746.49, plus interest



hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs.  An

abstract of judgment will be entered accordingly.

Done this the _____ 17th _____ day of March, 1999.

SENIOR UNITED STATES DISTRICT JUDGE